AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| James D. Jacobs,<br>*Plaintiff*<br>v.<br>Richland County; Richland County Sheriff's Department; Leon Lott *individually and in his official capacity as Richland County Sheriff*; Deputies James Gilbert *individually and each in his Official capacity as Richland County Deputy Sheriff*; Deputies Randy Davis *individually and each in his Official capacity as Richland County Deputy Sheriff*; Deputies Justin Moody *individually and each in his Official capacity as Richland County Sheriff*.<br>*Defendants* | Civil Action No.  3:18-cv-03216-SAL |

## SUMMARY JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: Summary judgment is hereby entered for defendants, Richland County, Richland County Sheriff's Department, Leon Lott *individually and in his official capacity as Richland County Sheriff*, Deputies James Gilbert *individually and each in his Official capacity as Richland County Deputy Sheriff*; Deputies Randy Davis *individually and each in his Official capacity as Richland County Deputy Sheriff* and Deputies Justin Moody *individually and each in his Official capacity as Richland County Sheriff*. The plaintiff, James D. Jacobs, shall take nothing of the defendants, Richland County, Richland County Sheriff's Department, Leon Lott *individually and in his official capacity as Richland County Sheriff*, Deputies James Gilbert *individually and each in his Official capacity as Richland County Deputy Sheriff*; Deputies Randy Davis *individually and each in his Official capacity as Richland County Deputy Sheriff* and Deputies Justin Moody *individually and each in his Official capacity as Richland County Sheriff*, and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Sherri A. Lydon, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended granting the Defendants' motion for summary judgment.

Date:   June 23, 2020                                        *Robin L. Blume, CLERK OF COURT*

                                                                                           s/L. Baker
                                                                            _____

_____
*Signature of Clerk or Deputy Clerk*